# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| GREGORY HILL | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § Case No. 4:13cv74 |
| | § |
| BERT BELL/PETE ROZELLE | § |
| NFL PLAYER RETIREMENT PLAN | § |
| | § |
| Defendant. | § |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 26, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion for Judgment on the Administrative Record (Dkt. 17) be GRANTED, that Plaintiff's Motion for Summary Judgment (Dkt. 16) be DENIED, that Plaintiff take nothing by his claims, and that this matter be dismissed with prejudice.

The court has made a *de novo* review of the objections raised by Plaintiff (*see* Dkt. 29), as well as Defendant's response (*see* Dkt. 30), and is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit as to the ultimate findings of the Magistrate Judge. The court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

Therefore, Defendant's Motion for Judgment on the Administrative Record (Dkt. 17) is GRANTED, Plaintiff's Motion for Summary Judgment (Dkt. 16) is DENIED, Plaintiff shall take nothing by his claims, and this matter shall be dismissed with prejudice.

**IT IS SO ORDERED.**

**SIGNED this the 29th day of September, 2014.**

*Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE